UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 NOV 27 PM 2:42

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Oliver Stratton FARNSWORTH | Magistrate's Case No. '07 MJ 2756<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. 952 and 960<br><br>Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about November 27, 2007, within the Southern District of California, defendant Oliver Stratton FARNSWORTH did knowingly and intentionally import approximately 80.25 kilograms (176.55 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 27th day of Nov, 2007.

_____
United States Magistrate Judge

Page 1

United States of America
VS.
Oliver Stratton FARNSWORTH

## PROBABLE CAUSE STATEMENT

On November 27, 2007 at approximately 0530 hours, Oliver Stratton FARNSWORTH entered the United States from Mexico at the San Ysidro Port of Entry (SYPOE), San Diego, California as the driver and sole occupant of a Ford Aerostar bearing California license plate 3HQG745. During pre-primary inspections, a Customs and Border Protection Officer (CBPO) came in contact with FARNSWORTH. FARNSWORTH had a California Identification Card and claimed to be a U.S. Citizen. FARNSWORTH stated he was going to work at Scientific Atlanta. The CBPO received two negative customs declarations from FARNSWORTH. The CBPO opened the side door of the van and checked the seats, which felt hard. The CBPO used a density detector on the back seat area of the van and obtained a high reading.

While in the vehicle secondary lot, a CBPO conducted an intensive inspection on the Ford Aerostar. A total of 38 packages containing approximately 80.25 kilograms of marijuana were found concealed within the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of marijuana.

FARNSWORTH was advised of his Miranda rights and stated he had knowledge of the marijuana concealed within the vehicle. FARNSWORTH added that he was to deliver the vehicle to unspecified individuals at the Denny's on San Ysidro Blvd. FARNSWORTH made no further statements.

FARNSWORTH was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.